

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-14-2009

# USA v. Ellison

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-1903

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Ellison" (2009). *2009 Decisions*. Paper 1548.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1548

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-1903

_____

UNITED STATES OF AMERICA
v.
LARRY ELLISON,

Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal No. 05-cr-00619-5)
District Judge: Honorable Cynthia M. Rufe

_____

Before: RENDELL and ROTH,  Circuit Judges,
and HAYDEN, District Judge.

_____

ORDER AMENDING OPINION

_____

As it appears that the Honorable Katherine S. Hayden who sitting by designation as a member of the coram was incorrectly identified on the opinion and judgment filed February 23, 2009 as a United States District Court Judge for the Eastern District of Pennsylvania, it is hereby O R D E R E D that the opinion and judgment shall be amended to correctly identify Judge Hayden as a United States District Court Judge for the District of New Jersey.  As this correction is clerical in nature, the amendment does not effect the filing date of the opinion, judgment, or mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:     April 14, 2009

lwc/cc:     Karen L. Grigsby, Esq.
            Robert A. Zauzmer, Esq.
            Mr. Larry Ellison